**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

ANGEL D. MENDEZ, SETH OGILVIE, ORI WASSERBURG and NANCY DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; ROCKET MORTGAGE, LLC; UNITED WHOLESALE MORTGAGE, LLC; WELLS FARGO BANK, N.A.; JPMORGAN CHASE BANK, N.A.; LOANDEPOT.COM; BANK OF AMERICA, N.A.; FAIRWAY INDEPENDENT MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION; FREEDOM MORTGAGE CORPORATION; GUARANTEED RATE, INC.; NEWREZ, LLC; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; HOME POINT FINANCIAL CORPORATION; GUILD MORTGAGE COMPANY, LLC; CITIBANK, N.A.; FLAGSTAR BANK, N.A.; NATIONSTAR MORTGAGE, LLC; NEW AMERICAN FUNDING, LLC; CMG MORTGAGE, INC.; AMERISAVE MORTGAGE CORPORATION; BETTER MORTGAGE CORPORATION; FIRSTBANK; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.

Defendants.

**Case No. 3:25-cv-01140**

**JURY DEMAND**

**Judge Waverly D. Crenshaw, Jr.**

## NOTICE OF SUMMONS TO BE ISSUED

Plaintiffs, Angel D. Mendez, Seth Ogilvie, Ori Wasserburg and Nancy Donacki-Thompson, Individually and on Behalf of All Others Similarly Situated, by and through the undersigned counsel, hereby provide notice that the following summons are to be issued for service of process:

1. Summons to Defendant OPTIMAL BLUE, LLC;
2. Summons to Defendant BLACK KNIGHT, INC.;
3. Summons to Defendant ROCKET MORTGAGE, LLC;
4. Summons to Defendant UNITED WHOLESALE MORTGAGE, LLC;
5. Summons to Defendant WELLS FARGO BANK, N.A.;
6. Summons to Defendant JPMORGAN CHASE BANK, N.A.;
7. Summons to Defendant LOANDEPOT.COM;
8. Summons to Defendant BANK OF AMERICA, N.A.;
9. Summons to Defendant FAIRWAY INDEPENDENT MORTGAGE CORPORATION;
10. Summons to Defendant U.S. BANK NATIONAL ASSOCIATION;
11. Summons to Defendant FREEDOM MORTGAGE CORPORATION;
12. Summons to Defendant GUARANTEED RATE, INC.;
13. Summons to Defendant NEWREZ, LLC;
14. Summons to Defendant CROSSCOUNTRY MORTGAGE, LLC;
15. Summons to Defendant PENNYMAC LOAN SERVICES, LLC;
16. Summons to Defendant HOME POINT FINANCIAL CORPORATION;
17. Summons to Defendant GUILD MORTGAGE COMPANY, LLC;
18. Summons to Defendant CITIBANK, N.A.;
19. Summons to Defendant FLAGSTAR BANK, N.A.;
20. Summons to Defendant NATIONSTAR MORTGAGE, LLC;
21. Summons to Defendant NEW AMERICAN FUNDING, LLC;
22. Summons to Defendant CMG MORTGAGE, INC.;
23. Summons to Defendant AMERISAVE MORTGAGE CORPORATION;
24. Summons to Defendant BETTER MORTGAGE CORPORATION;
25. Summons to Defendant FIRSTBANK;
26. Summons to Defendant CHURCHILL MORTGAGE CORPORATION;
27. Summons to Defendant FIRST COMMUNITY MORTGAGE, INC;
28. Summons to Defendant MOVEMENT MORTGAGE, LLC;
29. Summons to Defendant BEELINE LOANS, INC.

The above-referenced summonses are attached hereto as Exhibit 1.

Dated: October 6, 2025

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

Robin A. van der Meulen (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6443
rvandermeulen@scott-scott.com

Carmen A. Medici (*pro hac vice* forthcoming)
Jimmy S. McBirney (*pro hac vice* forthcoming)
Isabella De Lisi (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
cmedici@scott-scott.com
jmcbirney@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

Brian D. Clark (*pro hac vice* forthcoming)
Arielle S. Wagner (*pro hac vice* forthcoming)
Olivia T. Levinson (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN PLLP**

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
aswagner@locklaw.com
otlevinson@locklaw.com

Kyle Pozan (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 North Clark Street, Suite 700
Chicago, IL 60610
Telephone: (312) 205-8968
kjpozan@locklaw.com