| | |
|---|---|
| ANGEL D. MENDEZ, SETH OGILVIE, ORI WASSERBURG and NANCY DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; ROCKET MORTGAGE, LLC; UNITED WHOLESALE MORTGAGE, LLC; WELLS FARGO BANK, N.A.; JPMORGAN CHASE BANK, N.A.; LOANDEPOT.COM; BANK OF AMERICA, N.A.; FAIRWAY INDEPENDENT MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION; FREEDOM MORTGAGE CORPORATION; GUARANTEED RATE, INC.; NEWREZ, LLC; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; CITIBANK, N.A.; FLAGSTAR BANK, N.A.; NATIONSTAR MORTGAGE LLC; NEW AMERICAN FUNDING, LLC; CMG MORTGAGE, INC.; AMERISAVE MORTGAGE CORPORATION; BETTER MORTGAGE CORPORATION; FIRSTBANK; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.<br><br>      Defendants. | Case No. 3:25-cv-01140<br><br>JURY DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

# JOINT MOTION AND STIPULATION
# REGARDING INITIAL CASE MANAGEMENT DEADLINES

Pursuant to Rules 4, 12, 16, and 26 of the Federal Rules of Civil Procedure and Local Rule 16.01, Plaintiffs and Defendants Optimal Blue, LLC, Constellation Software, Inc., AmeriSave Mortgage Corp., Beeline Loans, Inc., Better Mortgage Corporation, Black Knight, Inc., Churchill Mortgage Corp., Citibank, N.A., Fairway Independent Mortgage Corporation, First Community Mortgage, Inc., Flagstar Bank, N.A., Guild Mortgage Company, JPMorgan Chase Bank, N.A., loanDepot.com, LLC, Movement Mortgage, LLC, New American Funding, LLC, NewRez, LLC, PennyMac Loan Services, LLC, Rocket Mortgage, LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, United Wholesale Mortgage, LLC, U.S. Bank, N.A., and Wells Fargo Bank, N.A. stipulate and move as follows.

## SERVICE OF PROCESS

1. Pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, Plaintiffs represent that service of process of the complaint was completed on all Defendants between October 7, 2025 and October 15, 2025.[1]

2. Certain Defendants have not yet entered appearances or are in the process of retaining counsel, including Freedom Mortgage Corporation, FirstBank, Guaranteed Rate, Inc., Bank of America, N.A., CMG Mortgage, Inc., and CrossCountry Mortgage, LLC.

3. Any Defendant who has not joined this Joint Motion may become bound by its terms by having one or more of their attorneys file a notice of appearance prior to the deadline for that Defendant to answer or otherwise respond pursuant to Rule 12 of the Federal Rules of Civil Procedure and filing a joinder to this Joint Motion via the Court's CM/ECF system.

---

[1] *See* ECF Nos. 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 38, 39, 40, 41, 42, 43, 47, 52 and 59.

4. Except as to the defense of insufficiency of service of process in this action, no defense of any of Defendant, including without limitation defenses based upon lack of personal jurisdiction, subject matter jurisdiction, or venue, is prejudiced or waived by such Defendant executing, agreeing to, joining, or filing this Joint Motion.

5. All Parties agree to accept service of pleadings, any discovery requests, discovery responses, and similar documents via e-mail.

## CASE MANAGEMENT DEADLINES

6. Defendants Optimal Blue, LLC, Constellation Software, Inc., AmeriSave Mortgage Corp., Beeline Loans, Inc., Better Mortgage Corporation, Black Knight, Inc., Churchill Mortgage Corp., Citibank, N.A., Fairway Independent Mortgage Corporation, First Community Mortgage, Inc., Flagstar Bank, N.A., Guild Mortgage Company, JPMorgan Chase Bank, N.A., loanDepot.com, LLC, Movement Mortgage, LLC, New American Funding, LLC, NewRez, LLC, PennyMac Loan Services, LLC, Rocket Mortgage, LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, United Wholesale Mortgage, LLC, U.S. Bank, N.A., and Wells Fargo Bank, N.A., and any other Defendant who joins this Joint Motion, shall have an extension of time for responding by motion or answer to the complaint until a date to be set after the appointment of Interim Co-Lead Class Counsel in accordance with paragraph 8 below.

7. Plaintiffs will file any motions for appointment of Interim Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g) no later than October 31, 2025.

8. The Parties will meet and confer, and submit a proposed schedule regarding the form and timing of any motions and related briefing pursuant to Rule 12 of the Federal Rules of Civil Procedure no later than 14 days after an order appointing Interim Co-Lead Class Counsel.

9. The Parties are submitting a proposed order concurrently with this Joint Motion.

3

Dated: October 23, 2025

Respectfully submitted,

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

Robin A. van der Meulen (*pro hac vice* pending)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6443
rvandermeulen@scott-scott.com

Carmen A. Medici (*pro hac vice* pending)
Jimmy S. McBirney (*pro hac vice* pending)
Isabella De Lisi (*pro hac vice* pending)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
cmedici@scott-scott.com
jmcbirney@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan (*pro hac vice* pending)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

Brian D. Clark (*pro hac vice* pending)
Arielle S. Wagner (*pro hac vice* pending)
Olivia T. Levinson (*pro hac vice* pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**

4

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
aswagner@locklaw.com
otlevinson@locklaw.com

Kyle Pozan (*pro hac vice* pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 North Clark Street, Suite 700
Chicago, IL 60610
Telephone: (312) 205-8968
kjpozan@locklaw.com


*/s/ J.D. Thomas*
John-David H. Thomas (TN Bar No. 027582)
**BARNES & THORNBURG, L.L.P.**
1600 West End Avenue, Ste 800
Nashville, Tennessee 37203
Telephone: (615) 621-6011
JD.Thomas@btlaw.com

*Counsel for Amerisave Mortgage Corporation*


J. Clayton Everett, Jr. (*pro hac vice* forthcoming)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
(202) 739-5860
clay.everett@morganlewis.com

Michelle Park Chiu (*pro hac vice* forthcoming)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1184
michelle.chiu@morganlewis.com

*/s/ Andrew J. Pulliam*
Andrew J. Pulliam (TN Bar No. 016863)
**WYATT, TARRANT & COMBS, LLP**
333 Commerce Street, Suite 830

5

Nashville, TN 37201-1826
(615) 251-6675
apulliam@wyattfirm.com

*Counsel for Defendant Black Knight, Inc.*


*/s/ Megan E. Gerking*_____
Megan E. Gerking (*pro hac vice* forthcoming)
Robert W. Manoso (*pro hac vice* forthcoming)
**MORRISON & FOERSTER LLP**
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Beeline Loans, Inc.*


*/s/   Ferdose al-Taie*_____
Ferdose al-Taie (*pro hac vice* forthcoming)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
901 K St. NW
Suite 900
Washington, D.C. 20001
Direct: (202) 253-3403
faltaie@bakerdonelson.com

Christopher E. Thorsen (BPR No. 21049)
Megison M. Hancock (BPR No. 41261)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
1600 West End Avenue
Suite 2000
Nashville, Tennessee 37203
Direct: (615) 726-5586
cthorsen@bakerdonelson.com
mhancock@bakerdonelson.com

Bethany Carroll (*pro hac vice* forthcoming)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
3414 Peachtree Road
Suite 1500

6

Atlanta, Georgia 30326
Direct: (205) 250-8373
bcarroll@bakerdonelson.com

*Counsel for Defendant Better Mortgage Corporation*

*/s/ Stephen J. Zralek*
Stephen J. Zralek (#18971)
**SPENCER FANE LLP**
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6305
szralek@spencerfane.com

Donald G. Heeman (*pro hac vice* forthcoming)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7005
dheeman@spencerfane.com

John V. Picone III (*pro hac vice* forthcoming)
**SPENCER FANE LLP**
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 918-2805
jpicone@spencerfane.com

Shelby Menard (*pro hac vice* forthcoming)
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
Telephone: (972) 324-0352
smenard@spencerfane.com

*Counsel for Churchill Mortgage Corporation*

*/s/ Joshua C. Cumby*
Joshua C. Cumby (BPR No. 37949)
**ADAMS AND REESE LLP**
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Tel: (615) 259-1450
joshua.cumby@arlaw.com

7

Benjamin R. Nagin (*pro hac vice* forthcoming)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
bnagin@sidley.com

*Counsel for Citibank, N.A.*


*/s/ Scott Barnard*
Scott Barnard (*pro hac vice* forthcoming)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214)-969-2800
sbarnard@akingump.com

Gorav Jindal (*pro hac vice* forthcoming)
Brian Rafkin (*pro hac vice* forthcoming)
Alexander Rosselli (*pro hac vice* forthcoming)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower, 2001 K St NW
Washington, DC 20006
Telephone: (202) 887-4000
gjindal@akingump.com
brafkin@akingump.com
arosselli@akingump.com

*Counsel for Fairway Independent Mortgage Corporation*


*/s/ Kenneth A. Weber*
Kenneth A. Weber (TN Bar No. 15730)
Ryan P. Loofbourrow (TN Bar No. 33414)
Baker, Donelson, Bearman,
**CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
kweber@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for First Community Mortgage, Inc.*

8

/s/ Karen Hoffman Lent
Karen Hoffman Lent (*pro hac vice* forthcoming)
Boris Bershteyn (*pro hac vice* forthcoming)
Evan Kreiner (*pro hac vice* forthcoming)
Sam Auld (*pro hac vice* forthcoming)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Karen.Lent@skadden.com
Boris.Bershteyn@skadden.com
Evan.Kreiner@skadden.com
Sam.Auld@skadden.com

*Attorneys for Flagstar Bank, N.A.*


/s/ Matthew Previn
Matthew Previn (*pro hac vice* forthcoming)
matthewprevin@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ryan Phair (*pro hac vice* forthcoming)
ryanphair@paulhastings.com
Michael Murray (*pro hac vice* forthcoming)
michaelmurray@paulhastings.com
Jonice Gray (*pro hac vice* forthcoming)
jonicegray@paulhastings.com
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Stephen McIntyre (*pro hac vice* forthcoming)
stephenmcintyre@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street
Los Angeles, CA 90071

9

Telephone: (213) 683-6000
Facsimile: (213) 627-0705

*Counsel for Guild Mortgage Company*


*/s/ Ryan T. Holt*
L. Webb Campbell II (TN Bar No. 11238)
Ryan T. Holt (TN Bar No. 30191)
Micah N. Bradley (TN Bar No. 38402)
**SHERRARD ROE VOIGT & HARBISON, PLC**
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
(615) 742-4200
(615) 742-4539 (fax)
wcampbell@srvhlaw.com
rholt@srvhlaw.com
mbradley@srvhlaw.com

Robert D. Wick* (DC Bar No. 440817)
Andrew D. Lazerow* (DC Bar No. 463431)
Shadman Zaman* (NY Bar No. 5418199)
Eamon Dowd* (DC Bar No. 1725122)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
rwick@cov.com
alazerow@cov.com
szaman@cov.com
edowd@cov.com

**pro hac vice* forthcoming

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*


*/s/ Deepti Bansal*
Deepti Bansal (*pro hac vice* pending)
Michelle Rogers (*pro hac vice* pending)
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
(202) 842-7800

dbansal@cooley.com
mrogers@cooley.com

Matthew Kutcher (*pro hac vice* pending)
**COOLEY LLP**
110 North Wacker Drive, Suite 4200
Chicago, IL 60606-1511
(312) 881-6500
mkutcher@cooley.com

*Counsel for loanDepot.com, LLC*


*/s/ Samuel P. Funk*
Samuel P. Funk (TN Bar No. 019777)
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
sfunk@simsfunk.com

William C. Mayberry (*pro hac vice* forthcoming)
Jason D. Evans (*pro hac vice* forthcoming)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College Street, 34th Floor
Charlotte, North Carolina 28202
Telephone: (704) 998-4050
Bill.Mayberry@troutman.com
Jason.Evans@troutman.com

Bradley C. Weber (*pro hac vice* forthcoming)
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Phone: (214) 740-8497
Brad.Weber@troutman.com

*Counsel for Defendant Movement Mortgage, LLC*


*/s/ Evan P. Moltz*
Evan P. Moltz
**THOMPSON COBURN LLP**
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205

11
Case 3:25-cv-01140   Document 64   Filed 10/23/25   Page 11 of 15 PageID #: 337

P: 205 769 4306
F: 205 769 4331
emoltz@thompsoncoburn.com

John S. Kingston (*pro hac vice* pending)
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
P: 314 552 6464
F: 314 552 7000
jkingston@thompsoncoburn.com

*Attorneys for New American Funding, LLC*


*/s/ Katelyn Benfield*
Katelyn Benfield (SBN 036112)
**KIRKLAND & ELLIS LLP**
401 Congress Avenue
Austin, TX 78701
Tel: (512) 355-4465
Fax: (512) 678-9101
katie.benfield@kirkland.com

Devora W. Allon (*pro hac vice* forthcoming)
Gilad Bendheim (*pro hac vice* forthcoming)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4688
Fax: (212) 446-4900
devora.allon@kirkland.com
gilad.bendheim@kirkland.com

*Counsel for NewRez , LLC*


*/s/ Stephen M. Medlock*
Stephen M. Medlock (*pro hac vice* forthcoming)
Adam L. Hudes (*pro hac vice* forthcoming)
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604

12

smedlock@velaw.com
ahudes@velaw.com

Michael W. Scarborough (*pro hac vice* forthcoming)
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com

Nicole L. Castle (*pro hac vice* forthcoming)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*Counsel For Defendants Optimal Blue, LLC and Constellation Software, Inc.*


*/s/ Aliki Sofis*
Aliki Sofis (*pro hac vice* forthcoming)
Eric D. Wolkoff (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
ericwolkoff@quinnemanuel.com

*/s/ Miachel D. Bonanno*
Michael D. Bonanno (*pro hac vice* forthcoming)
Ingrid Jernudd (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8225
mikebonanno@quinnemanuel.com
ingridjernudd@quinnemanuel.com

*Counsel for Pennymac Loan Services, LLC*

/s/ David D. Cross
David D. Cross (*pro hac vice* forthcoming)
Katherine M. Cheng (*pro hac vice* forthcoming)
Mary G. Kaiser (*pro hac vice* forthcoming)
Julia Maloney (*pro hac vice* forthcoming)
**GOODWIN PROCTER LLP**
1900 N St. NW
Washington, D.C. 20001
(202) 436-4000
dcross@goodwinlaw.com
katherinecheng@goodwinlaw.com
mkaiser@goodwinlaw.com
juliamaloney@goodwinlaw.com

*Counsel for Rocket Mortgage, LLC and Nationstar Mortgage LLC d/b/a Mr. Cooper*


/s/ Diane R. Hazel
Diane R. Hazel (*pro hac vice* forthcoming)
**FOLEY & LARDNER LLP**
1144 15th Street, Suite 2200
Denver, CO 80202
(720) 437-2034
dhazel@foley.com

*Counsel for United Wholesale Mortgage, LLC*


/s/ B. Parker Miller
Matthew D. Kent (*pro hac vice* forthcoming)
B. Parker Miller (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
matthew.kent@alston.com
parker.miller@alston.com

*Counsel for U.S. Bank National Association*


/s/ Michael Alston

14

Michael K. Alston (TN Bar No. 13697)
Madeline Leonard Phifer (TN Bar No. 38620)
**HUSCH BLACKWELL LLP**
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.755.2651
Michael.Alston@huschblackwell.com
Madeline.LeonardPhifer@huschblackwell.com

Richard W. F. Swor (TN Bar No. 37640)
**HUSCH BLACKWELL LLP**
501 Commerce Street, Suite 1620
Nashville, TN 37203
Telephone: 615.949.2266
Richard.Swor@huschblackwell.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*