UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL D. MENDEZ, SETH OGILVIE, ORI WASSERBURG and NANCY DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; ROCKET MORTGAGE, LLC; UNITED WHOLESALE MORTGAGE, LLC; WELLS FARGO BANK, N.A.; JPMORGAN CHASE BANK, N.A.; LOANDEPOT.COM; BANK OF AMERICA, N.A.; FAIRWAY INDEPENDENT MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION; FREEDOM MORTGAGE CORPORATION; GUARANTEED RATE, INC.; NEWREZ, LLC; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; CITIBANK, N.A.; FLAGSTAR BANK, N.A.; NATIONSTAR MORTGAGE LLC; NEW AMERICAN FUNDING, LLC; CMG MORTGAGE, INC.; AMERISAVE MORTGAGE CORPORATION; BETTER MORTGAGE CORPORATION; FIRSTBANK; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.<br><br>                    Defendants. | Case No. 3:25-cv-01140<br><br>JURY DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

# ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING INITIAL CASE MANAGEMENT DEADLINES

This cause came before the Court on the Joint Motion and Stipulation Regarding Initial Case Management Deadlines, and the Court, having reviewed the Joint Motion and Stipulation, hereby:

**ORDERS AND ADJUDGES:**

1. The Joint Motion is GRANTED.

2. Plaintiffs will file any motions for appointment of Interim Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g) no later than October 31, 2025.

3. Except as to the defense of insufficiency of service of process in this action, no defense of any of Defendant, including without limitation defenses based upon lack of personal jurisdiction, subject matter jurisdiction, or venue, is prejudiced or waived by such Defendant executing, agreeing to, joining, or filing this Joint Motion.

4. All Parties agree to accept service of pleadings, any discovery requests, discovery responses, and similar documents via e-mail.

5. Defendants Optimal Blue, LLC, Constellation Software, Inc., AmeriSave Mortgage Corp., Beeline Loans, Inc., Better Mortgage Corporation, Black Knight, Inc., Churchill Mortgage Corp., Citibank, N.A., Fairway Independent Mortgage Corporation, First Community Mortgage, Inc., Flagstar Bank, N.A., Guild Mortgage Company, JPMorgan Chase Bank, N.A., loanDepot.com, LLC, Movement Mortgage, LLC, New American Funding, LLC, NewRez, LLC, PennyMac Loan Services, LLC, Rocket Mortgage, LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, United Wholesale Mortgage, LLC, U.S. Bank, N.A., and Wells Fargo Bank, N.A., and any other Defendant who joins this Joint Motion, shall have an extension of time for responding

by motion or answer to the complaint until a date to be set after the appointment of Interim Co-Lead Class Counsel.

6. The Parties will meet and confer, and submit a proposed schedule regarding the form and timing for any motions and related briefing pursuant to Rule 12 of the Federal Rules of Civil Procedure no later than 14 days after an order appointing Interim Co-Lead Class Counsel.

**IT IS SO ORDERED.**

DATED: October 24, 2025

JEFFERY S. FRENSLEY
United States Magistrate Judge