MOTION GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL D. MENDEZ; SETH OGILVIE; ORI WASSERBURG; and NANCY DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-01140<br><br>JURY DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## JOINDER TO JOINT MOTION REGARDING INITIAL CASE MANAGEMENT DEADLINES (ECF NO. 64)

Defendant FirstBank ("FirstBank"), by and through its undersigned counsel, hereby joins the Joint Motion and Stipulation Regarding Initial Case Management Deadlines filed on October 23, 2025. *See* ECF No. 64 ("Joint Motion"). In support of this Joinder, FirstBank states:

1. On October 3, 2025, Plaintiffs filed a class action complaint, naming FirstBank as a Defendant. *See* ECF No. 1.

2. On October 23, 2025, Plaintiffs and certain Defendants filed the Joint Motion to establish coordinated procedures for appointment of Interim Co-Lead Class Counsel and deadlines related to Defendants' response to the complaint. *See* ECF No. 64.

3. On October 24, 2025, the Court entered an order ("Order") granting the Joint Motion. *See* ECF No. 79.

4. The Court's Order permits any other Defendant—including FirstBank—to be granted an extension of the time to respond to the Complaint by filing a joinder to the Joint Motion. *See* ECF No. 79 ¶ 5.

1

5. FirstBank now formally joins the Joint Motion, and accordingly understands that the Court's October 24, 2025 Order, including its statement that any Defendant who joins the Joint Motion shall have "an extension of time for responding by motion or answer to the complaint until a date to be set after the appointment of Interim Co-Lead Class Counsel," applies to FirstBank. ECF No. 79 ¶ 5.

6. This Joinder is made without prejudice to, and expressly preserves, all defenses and objections available under the Federal Rules of Civil Procedure or other applicable law. *See* ECF No. 64 ¶ 4; ECF No. 79 ¶ 5.

**WHEREFORE**, FirstBank joins in and adopts the Joint Motion (ECF No. 64) as granted by the Court on October 24, 2025 (ECF No. 79).

DATED: October 29, 2025

By: */s/ Erin Palmer Polly*

Erin Palmer Polly (TN Bar #22221)
**K&L GATES LLP**
501 Commerce Street, Suite 1500
Nashville, TN 37203
(615) 780-6733
erin.polly@klgates.com

*Attorney for Defendant FirstBank*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Court's electronic filing system on October 29, 2025, upon the following:

Tricia R. Herzfeld
Anthony A. Orlandi
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

Robin A. van der Meulen
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6443
rvandermeulen@scott-scott.com

Carmen A. Medici
Jimmy S. McBirney
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
cmedici@scott-scott.com
jmcbirney@scott-scott.com
idelisi@scott-scott.com

Patrick McGahan
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145

L. Webb Campbell II
Ryan T. Holt
Micah N. Bradley
**SHERRARD ROE VOIGT & HARBISON, PLC**
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
(615) 742-4200
(615) 742-4539 (fax)
wcampbell@srvhlaw.com
rholt@srvhlaw.com
mbradley@srvhlaw.com

Robert D. Wick
Andrew D. Lazerow
Shadman Zaman
Eamon Dowd
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
rwick@cov.com
alazerow@cov.com
szaman@cov.com
edowd@cov.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Deepti Bansal
Michelle Rogers
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
(202) 842-7800
dbansal@cooley.com
mrogers@cooley.com

Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

Brian D. Clark
Arielle S. Wagner
Olivia T. Levinson
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
aswagner@locklaw.com
otlevinson@locklaw.com

Kyle Pozan
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 North Clark Street,
Suite 700
Chicago, IL 60610
Telephone: (312) 205-8968
kjpozan@locklaw.com

John-David H. Thomas
**BARNES & THORNBURG, L.L.P.**
1600 West End Avenue, Ste 800
Nashville, Tennessee 37203
Telephone: (615) 621-6011
JD.Thomas@btlaw.com

*Counsel for Amerisave Mortgage Corporation*

J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
(202) 739-5860
clay.everett@morganlewis.com

Michelle Park Chiu
J. Clayton Everett Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower

Matthew Kutcher
**COOLEY LLP**
110 North Wacker Drive, Suite 4200
Chicago, IL 60606-1511
(312) 881-6500
mkutcher@cooley.com

*Counsel for loanDepot.com, LLC*

Samuel P. Funk
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
sfunk@simsfunk.com

William C. Mayberry
Jason D. Evans
**TROUTMAN PEPPER LOCKE LLP**
301 S. College Street, 34th Floor
Charlotte, North Carolina 28202
Telephone: (704) 998-4050
Bill.Mayberry@troutman.com
Jason.Evans@troutman.com

Bradley C. Weber
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Phone: (214) 740-8497
Brad.Weber@troutman.com

*Counsel for Defendant Movement Mortgage, LLC*

Evan P. Moltz
**THOMPSON COBURN LLP**
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
P: 205 769 4306
F: 205 769 4331
emoltz@thompsoncoburn.com

4

San Francisco, CA 94105
(415) 442-1184
michelle.chiu@morganlewis.com
clay.everett@morganlewis.com

Andrew J. Pulliam
**WYATT, TARRANT & COMBS, LLP**
333 Commerce Street, Suite 830
Nashville, TN 37201-1826
(615) 251-6675
apulliam@wyattfirm.com

*Counsel for Defendant Black Knight, Inc.*

Megan E. Gerking
Robert W. Manoso
**MORRISON & FOERSTER LLP**
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Beeline Loans, Inc.*

Ferdose al-Taie
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
901 K St. NW
Suite 900
Washington, D.C. 20001
Direct: (202) 253-3403
faltaie@bakerdonelson.com

Christopher E. Thorsen
Megison M. Hancock
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
1600 West End Avenue
Suite 2000
Nashville, Tennessee 37203
Direct: (615) 726-5586
cthorsen@bakerdonelson.com
mhancock@bakerdonelson.com

John S. Kingston
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
P: 314 552 6464
F: 314 552 7000
jkingston@thompsoncoburn.com

*Attorneys for New American Funding, LLC*

Katelyn Benfield
**KIRKLAND & ELLIS LLP**
401 Congress Avenue
Austin, TX 78701
Tel: (512) 355-4465
Fax: (512) 678-9101
katie.benfield@kirkland.com

Devora W. Allon
Gilad Bendheim
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4688
Fax: (212) 446-4900
devora.allon@kirkland.com
gilad.bendheim@kirkland.com

*Counsel for NewRez , LLC*

Stephen M. Medlock
Adam L. Hudes
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
ahudes@velaw.com

Michael W. Scarborough
**VINSON & ELKINS LLP**
555 Mission Street

Bethany Carroll
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
3414 Peachtree Road
Suite 1500
Atlanta, Georgia 30326
Direct: (205) 250-8373
bcarroll@bakerdonelson.com

*Counsel for Defendant Better Mortgage Corporation*

Stephen J. Zralek
**SPENCER FANE LLP**
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6305
szralek@spencerfane.com

Donald G. Heeman
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7005
dheeman@spencerfane.com

John V. Picone III
**SPENCER FANE LLP**
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 918-2805
jpicone@spencerfane.com

Shelby Menard
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
Telephone: (972) 324-0352
smenard@spencerfane.com

*Counsel for Churchill Mortgage Corporation*

Joshua C. Cumby
**ADAMS AND REESE LLP**
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com

Nicole L. Castle
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

Ashleigh D. Karnell
Jessalyn H. Zeigler
**BASS, BERRY & SIMS PLC**
21 Platform Way South
Suite 3500
Nashville, TN 37203
Tel: 615-742-6200
Fax: 615-742-0453
ashleigh.karnell@bassberry.com
jzeigler@bassberry.com

*Counsel For Defendants Optimal Blue, LLC and Constellation Software, Inc.*

Aliki Sofis
Eric D. Wolkoff
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
ericwolkoff@quinnemanuel.com

Michael D. Bonanno
Ingrid Jernudd
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8225
mikebonanno@quinnemanuel.com

6

1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Tel: (615) 259-1450
joshua.cumby@arlaw.com

Benjamin R. Nagin
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
bnagin@sidley.com

*Counsel for Citibank, N.A.*

Scott Barnard
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214)-969-2800
sbarnard@akingump.com

Gorav Jindal
Brian Rafkin
Alexander Rosselli
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K St NW Washington, DC 20006
Telephone: (202) 887-4000
gjindal@akingump.com
brafkin@akingump.com
arosselli@akingump.com

*Counsel for Fairway Independent Mortgage Corporation*

Kenneth A. Weber
Ryan P. Loofbourrow
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
kweber@bakerdonelson.com
rloofbourrow@bakerdonelson.com

ingridjernudd@quinnemanuel.com

*Counsel for Pennymac Loan Services, LLC*

David D. Cross
Katherine M. Cheng
Mary G. Kaiser
Julia Maloney
**GOODWIN PROCTER LLP**
1900 N St. NW
Washington, D.C. 20001
(202) 436-4000
dcross@goodwinlaw.com
katherinecheng@goodwinlaw.com
mkaiser@goodwinlaw.com
juliamaloney@goodwinlaw.com

*Counsel for Rocket Mortgage, LLC and Nationstar Mortgage LLC d/b/a Mr. Cooper*

Diane R. Hazel
**FOLEY & LARDNER LLP**
1144 15th Street, Suite 2200
Denver, CO 80202
(720) 437-2034
dhazel@foley.com

*Counsel for United Wholesale Mortgage, LLC*

Matthew D. Kent
B. Parker Miller
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
matthew.kent@alston.com
parker.miller@alston.com

*Counsel for U.S. Bank National Association*

Michael K. Alston
Madeline Leonard Phifer
**HUSCH BLACKWELL LLP**
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.755.2651

*Counsel for First Community Mortgage, Inc.*

Karen Hoffman Lent
Boris Bershteyn
Evan Kreiner
Sam Auld
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Karen.Lent@skadden.com
Boris.Bershteyn@skadden.com
Evan.Kreiner@skadden.com
Sam.Auld@skadden.com

*Attorneys for Flagstar Bank, N.A.*

Matthew Previn
matthewprevin@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ryan Phair
ryanphair@paulhastings.com
Michael Murray
michaelmurray@paulhastings.com
Jonice Gray
jonicegray@paulhastings.com

**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Stephen McIntyre
stephenmcintyre@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street
Los Angeles, CA 90071

Michael.Alston@huschblackwell.com
Madeline.LeonardPhifer@huschblackwell.com

Richard W. F. Swor
**HUSCH BLACKWELL LLP**
501 Commerce Street, Suite 1620
Nashville, TN 37203
Telephone: 615.949.2266
Richard.Swor@huschblackwell.com

Abby G. Oakland
Jayant W. Tambe
**JONES DAY**
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
612-217-8834
aoakland@jonesday.com
jtambe@jonesday.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Drew T. Dorner
**DUANE MORRIS LLP**
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-5291
dtdorner@duanemorris.com

Sean P. McConnell
Wayne A. Mack
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1140
wamack@duanemorris.com
spmcconnell@duanemorris.com

*Counsel for Defendant Freedom Mortgage Corporation*

Deke Shearon
**BRADLEY ARANT BOULT CUMMINGS**
1221 Broadway, Suite 2400
Nashville, N 37203
615-252-3815

8

Telephone: (213) 683-6000  
Facsimile: (213) 627-0705

*Counsel for Guild Mortgage Company*

dshearon@bradley.com

*Counsel for Bank of America, N.A.*

*/s/ Erin Palmer Polly*
Erin Palmer Polly