**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

ANGEL D. MENDEZ, individually and on behalf of all others similarly situated, et al.,

Plaintiffs,

v.

OPTIMAL BLUE, LLC, et al.,

Defendants.

Case No. 3:25-cv-01140

Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Megan E. Gerking hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Beeline Loans, Inc..

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: U.S. District Court for the District of Columbia

   Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

None.

3. I have not been found in contempt by any court or tribunal, except as provided below:

None.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

None.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Sean C. Wlodarczyk
401 Commerce Street, Suite 710, Nashville, Tennessee 37219, United States
(615) 259-4685
Swlodarczyk@ejrlaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Megan E. Gerking Signature

Name: Megan E. Gerking

State where admitted and State Bar Number: Washington DC, D.C. Bar No. 1027190

Business Address: 2100 L Street, NW Suite 900, Washington DC

Local Address [if different from above]:

Phone: (202) 887-1500

Email: MGerking@mofo.com

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01 and 5.02, the undersigned hereby certifies that a copy of the foregoing motion has been filed electronically on October 31, 2025. Notice of this filing will be sent to all appearing parties by operation of the Electronic Filing System.

*/s/ Sean C. Wlodarczyk*

**United States District & Bankruptcy Courts**
**for the District of Columbia**
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**MEGAN E. GERKING**

was, on the 17th day of August A.D. 2021 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 30th day of October A.D. 2025.

**ANGELA D. CAESAR,** Clerk of Courts

By: /s/ Ángeles Brown

**Deputy Clerk**