IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANGEL D. MENDEZ, individually and on behalf of all others similarly situated, et al., | ) | |
| Plaintiffs, | ) | Case No. 3:25-cv-01140 |
| v. | ) | |
| OPTIMAL BLUE, LLC, et al., | ) | |
| Defendants. | ) | |

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by Defendant Beeline Loans, Inc. The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is a privately held corporation, incorporated in the state of Rhode Island with a principal place of business in the state of Rhode Island. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

Beeline Mortgage Holdings, Inc. (100%)

2. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

**X**_____YES _____NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary:

Defendant Beeline Loans, Inc. is the subsidiary of Beeline Mortgage Holdings, Inc., which in turn is a subsidiary of Beeline Financial Holdings, Inc., which is a subsidiary of Beeline Holdings, Inc., the ultimate parent.

3. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

**X**_____ YES _____NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned:

Defendant Beeline Loans, Inc. is affiliated with (1) Beeline Title Holdings, Inc., (2) Beeline Loans Pty Ltd., and (3) Beeline Labs, LLC. Each of these entities, including Defendant, is wholly owned (100%) by Beeline Financial Holdings, Inc., which in turn is wholly owned (100%) by Beeline Holdings, Inc., the ultimate parent corporation. The entities are related through common ownership; no affiliated corporation directly owns any percentage of Beeline Loans, Inc.

4. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

**X**_____ YES _____NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest:

Beeline Holdings, Inc., the ultimate parent of Defendant Beeline Loans, Inc., is a publicly held corporation.

5. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

Respectfully submitted, this 31st day of October 2025.

/s/ Megan E. Gerking
Megan E. Gerking (*pro hac vice* pending)
Robert W. Manoso (*pro hac vice* pending)
MORRISON & FOERSTER LLP
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Beeline Loans, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.01 and 5.02, the undersigned hereby certifies that a copy of the foregoing motion has been filed electronically on October 31st, 2025. Notice of this filing will be sent to all appearing parties by operation of the Electronic Filing System.

/s/ Megan E. Gerking
Megan E. Gerking