MOTION GRANTED.

*[signature: Jeffrey S. Frensley]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANGEL D. MENDEZ, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>OPTIMAL BLUE, LLC, et al.,<br><br>              Defendants. | Case No.  3:25-cv-01140<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffrey S. Frensley |

**DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S JOINDER IN JOINT MOTION AND STIPULATION REGARDING INITIAL CASE MANAGEMENT DEADLINES**

Defendant CrossCountry Mortgage, LLC, respectfully submits this Joinder in the Joint Motion and Stipulation Regarding Initial Case Management Deadlines (ECF No. 64) and the Court's October 24, 2025 Order granting that motion (ECF No. 79) and in support states:

      1.      On October 23, 2025, Plaintiffs and certain defendants filed the Joint Motion and Stipulation Regarding Initial Case Management Deadlines.  (ECF No. 64).

      2.      The Court granted the Joint Motion by Order dated October 24, 2025.  (ECF No. 79).

      3.      Paragraph 3 of the Joint Motion and the Court's Order permit any Defendant who has not yet appeared to become bound by filing a joinder before its deadline to answer or otherwise respond pursuant to Rule 12 of the Federal Rules of Civil Procedure.

      4.      CrossCountry Mortgage, LLC has now retained counsel and appears in this action.

      5.      Pursuant to paragraph 3 of the Joint Motion and the Court's Order, CrossCountry Mortgage, LLC seeks to join and be bound by all terms and deadlines set forth therein.

1

16351212V2

Case 3:25-cv-01140     Document 155     Filed 10/31/25     Page 1 of 3 PageID #: 699

6. Joining the existing Order will promote uniform case management and avoid duplicative briefing.

7. This Joinder does not waive any defense available to CrossCountry Mortgage, LLC, including those related to jurisdiction or venue.

WHEREFORE, Defendant CrossCountry Mortgage, LLC respectfully requests that the Court grant this Joinder and enter the accompanying Proposed Order.

Dated: October 30, 2025

Respectfully submitted,

*/s/ Emily Campbell Taube*
Emily Campbell Taube (BPR #019323)
**BURR & FORMAN LLP**
222 Second Avenue South
Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3237
etaube@burr.com

Belinda Lee (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
belinda.lee@lw.com

Lawrence E. Buterman (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com

*Attorneys for Defendant CrossCountry Mortgage, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

*/s/ Emily Campbell Taube*
Emily Campbell Taube
