UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL D. MENDEZ, et al. <br><br> Plaintiffs, <br><br> v. <br><br> OPTIMAL BLUE LLC, et al., <br><br> Defendants. | Case No. 3:25-cv-01140 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffrey S. Frensley |

**DEFENDANT CMG MORTGAGE, INC.'S JOINDER IN JOINT MOTION AND STIPULATION REGARDING INITIAL CASE MANAGEMENT DEADLINES**

Pursuant to the Court's Order dated October 24, 2025 (ECF No. 79), Defendant CMG Mortgage, Inc. ("CMG"), by and through the undersigned counsel, respectfully submits this Joinder in Joint Motion and Stipulation Regarding Initial Case Management Deadlines (ECF No. 64) and in support states as follows:

1. On October 23, 2025, certain defendants filed the Joint Motion and Stipulation Regarding Initial Case Management Deadlines (ECF No. 64).

2. The Court granted that motion by Order dated October 24, 2025 (ECF No. 79).

3. The Joint Motions and the Court's Order permit any Defendant who has not yet appeared to obtain an extension of time to respond to the Complaint.

4. CMG has now retained counsel and has appeared in this action.

5. Pursuant to paragraph 3 of the Joint Motion and the Court's Order, CMG seeks to join and be bound by all terms and deadlines set forth therein.

6. Joining the existing Order will promote uniform case management and avoid duplicate briefing.

7. This Joinder does not waive any defense available to CMG, including those related to jurisdiction or venue.

**WHEREFORE**, Defendant CMG respectfully requests that the Court grant this Joinder and enter the accompanying Proposed Order.

Dated: November 26, 2025

Respectfully submitted,

KING & BALLOW

/s/ *Mark E. Hunt*
Mark E. Hunt (TN BPR No. 010501)
Mason C. Rush (TN BPR No. 039471)
Maria E. Saling (CA Bar No. 306498)
26 Century Boulevard, Suite NT 700
Nashville, Tennessee 37214
Tel: (615) 259-3456
Fax: (615) 266-4640
mhunt@kingballow.com
mrush@kingballow.com
msaling@kingballow.com


BLANK ROME

Jeremy Rist (PA Bar No. 90806)
*pro hac vice forthcoming*
Michael Iannucci (PA Bar No. 206169)
*pro hac vice forthcoming*
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Tel: (215) 569-5543
jeremy.rist@blankrome.com
michael.iannucci@blankrome.com

*Attorneys for Defendant CMG Mortgage, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant CMG Mortgage, Inc. Joinder in Joint Motion and Stipulation Regarding Initial Case Management Deadlines was filed electronically on November 26, 2025 with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              /s/Mark E. Hunt
                                              Mark E. Hunt