UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL D. MENDEZ, et al., ) | |
|     Plaintiff(s) ) | |
| ) | |
| V. ) | Civil Case No. 3:25-cv-1140 |
| ) | Judge Crenshaw / Frensley |
| ) | |
| OPTIMAL BLUE, LLC, et al., ) | |
|     Defendant(s) ) | |

**O R D E R**

Due to a conflict in the Court's schedule, the Case Management Conference scheduled for January 8, 2026 is hereby CANCELLED. The Case Management Conference will be reset by separate order. In consultation with Judge Crenshaw, the parties should anticipate the Court to consider the scheduling order and procedures adopted in IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II), 3:23-MD- 03071, MDL No. 3071.

    IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge