| | |
|---|---|
| ANGEL D. MENDEZ, SETH OGILVIE, ORI WASSERBURG, and NANCY DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; ROCKET MORTGAGE, LLC; UNITED WHOLESALE MORTGAGE, LLC; WELLS FARGO BANK, N.A.; JPMORGAN CHASE BANK, N.A.; LOANDEPOT.COM; BANK OF AMERICA, N.A.; FAIRWAY INDEPENDENT MORTGAGE CORPORATION; U.S. BANK NATIONAL ASSOCIATION; FREEDOM MORTGAGE CORPORATION; GUARANTEED RATE, INC.; NEWREZ, LLC; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; CITIBANK, N.A.; FLAGSTAR BANK, N.A.; NATIONSTAR MORTGAGE, LLC; NEW AMERICAN FUNDING, LLC; CMG MORTGAGE, INC.; AMERISAVE MORTGAGE CORPORATION; BETTER MORTGAGE CORPORATION; FIRSTBANK; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.<br><br>Defendants. | Case No. 3:25-cv-01140 |

**ORDER**

Plaintiffs Angel D. Mendez, Seth Ogilvie, Nancy Donacki-Thompson, and Ori Wasserburg ("Plaintiffs") have filed a class action complaint captioned *Mendez, et al. v. Optimal Blue, LLC, et al.*, No. 3:25-cv-01140, (Doc. No. 1) alleging violations of the Sherman Act (15 U.S.C. §1, *et seq.*) arising from Defendants' nationwide conspiracy to artificially inflate residential mortgage rates and fees through a sophisticated data-sharing network. Plaintiffs have moved to appoint Scott+Scott Attorneys at Law LLP and Lockridge Grindal Nauen PLLP as Interim Co-Lead Counsel and Herzfeld, Suetholz, Gastel, Leniski, and Wall, PLLC as Interim Liaison Counsel. (Doc. No. 163). The motion is **GRANTED.**

### A. Organization of Plaintiffs' Counsel

1. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and as contemplated by the Manual for Complex Litigation, the Court appoints RobinA. van der Mevlen and Scott+Scott Attorneys at Law LLP and Kyle Pozan and Lockridge Grindal Nauen PLLP as Interim Co-Lead Counsel and Tricia Herzfeld and Herzfeld, Suetholz, Gastel, Leniski, and Wall, PLLC as Interim Liaison Counsel for the proposed Class.

2. Scott+Scott Attorneys at Law LLP ("Scott+Scott") and Lockridge Grindal Nauen PLLP ("LGN") shall be responsible, for the overall conduct of the litigation on behalf of all Plaintiffs, including providing supervision of all Plaintiffs' counsel in the litigation, including any additional counsel as Interim Co-Lead Counsel may deem appropriate to assist in the prosecution the action.

3. As Interim Co-Lead Counsel for the Class, Scott+Scott and LGN have the authority to:

a. Promote the efficient conduct of this litigation and avoid unnecessary duplication and unproductive efforts by making and supervising all work assignments among Plaintiffs' counsel;

b. Prepare and file a consolidated complaint and any subsequent pleadings;

c. Conduct all pretrial, trial, and post-trial proceedings on behalf of all Plaintiffs and function as spokesperson for all Plaintiffs;

d. Conduct or coordinate discovery on behalf of all Plaintiffs consistent with the Federal Rules of Civil Procedure, including preparation (or responses to) written discovery requests and examination (or defense) of witnesses in depositions;

e. Monitor activities of all Plaintiffs' counsel and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided by collecting from each firm regular time and expense reports in the form set forth by Interim Co-Lead Counsel;

f. Make and collect assessments from some or all Plaintiffs' counsel for the purpose of paying the costs necessary to litigate the case;

g. Negotiate with defense counsel with respect to settlement and other matters;

h. Prepare any application for an award (or approval) of fees and reimbursement of expenses incurred by Plaintiffs;

i. Consult with and retain expert witnesses for Plaintiffs;

j. Negotiate with, retain, and manage relations with outside vendor(s) for the collection, processing, or review of documents and electronically stored information produced in discovery;

k. Conduct or coordinate all negotiations with defense counsel regarding search and production protocols, manage the review of documents produced by Defendants and third parties (and production of documents by Plaintiffs), and implement advanced analytics for the efficient review of documents as appropriate;

l. Coordinate and communicate as necessary with counsel for other parties in the litigations regarding any matters addressed in this Order in order to ensure efficient use of Plaintiffs', Defendants', and the Court's time;

m. Ensure that all Plaintiffs' counsel and Plaintiffs are kept informed of the progress of this litigation as necessary; and

n. Otherwise coordinate the work of Plaintiffs' counsel and perform such other duties as Interim Co-Lead Counsel deem necessary and appropriate based upon their judgment and consideration or as authorized by further Order of the Court.

4. All motions shall be initiated or filed on behalf of any Plaintiff except through Interim Co-Lead Counsel.

5. Interim Co-Lead Counsel shall have sole authority to communicate with Defendants' counsel and the Court on behalf of all Plaintiffs unless that authority is expressly delegated to other counsel. Defendants' counsel may rely on all agreements made with Interim Co-Lead Counsel for the Class, and such agreements shall be binding on all other Plaintiffs in their respective cases.

6. Interim Co-Lead Counsel are hereby designated as counsel for all Plaintiffs upon whom all discovery, motions or other pleadings, notices, and correspondence shall be served, and

Defendants shall serve papers on all Plaintiffs by serving Interim Co-Lead Counsel by electronic means in compliance with the Rules and Orders of this Court. Interim Co-Lead Counsel shall be responsible for maintaining a master service list of all parties and their respective counsel.

7. No communications between or among any of Plaintiffs' counsel shall be taken as a waiver of any privilege or protection to which Plaintiffs would otherwise be entitled.

**IT IS SO ORDERED.**

.

_____
WAVERLY D. CRENSHAW, JR.
United States District Judge