UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL D. MENDEZ, individually and on behalf of all others similarly situated, et al., | ) ) ) ) |
| Plaintiffs, | ) NO. 3:25-cv-01140 ) |
| v. | ) ) |
| OPTIMAL BLUE, LLC, et al., | ) ) |
| Defendants. | ) |

## ORDER

In preparation for the Case Management Conference on **April 9, 2026,** at 9:00 a.m., the Court rules as follows:

1. Plaintiffs shall file their Amended Complaint on or before **February 23, 2026.**

2. After the filing of the Amended Complaint, Defendants shall, by noon Central Standard Time on **March 10, 2026**, to file a notice of the nature and number of all anticipated motions to dismiss with sufficient description to inform the Court and to justify the proposed motions. Similarly, by noon Central Standard Time on **March 24, 2026,** the Plaintiffs shall file a notice of the nature and number of anticipated responses with sufficient description to inform the Court and to justify the proposed responses.

3. Before the Case Management Conference, the parties shall meet and confer to develop a proposed agreed scheduling order, which shall be filed no later than **April 6, 2026.** The proposed agreed scheduling order shall provide deadlines for case progression through disclosure of expert witnesses and include staging of discovery, such as for written discovery, depositions, class and merit discovery, protocols for an agreed protective order, for electronically stored

1

information and documents and expert stipulation.  The parties shall include as part of the proposed agreed scheduling order a periodic monthly status conference, through December 2027, with specific dates and times.  The Court will also need status reports filed at least seven (7) days before any status conference.  The parties shall propose a target trial date.

4. The Court appoints former Judge Layn Phillips and Clay Cogman as mediators. Counsel for Plaintiffs and Defendants are directed to contact the mediators within 10 business days of this order to set up separate telephonic discussions with the mediators regarding the future course of mediation of this matter.  The telephone number for PhillipsADR is (949) 760-5280. Judge Phillips' email address is lphillips@phillipsadr.com.  Mr. Cogman's email address is ccogman@phillipsadr.com.

5. To facilitate preparation for the Initial Case Conference, the Court appoints an interim lead defense team:  Adam Hakki, Boris Bershteyn, and Stephen Medlock.  Mr. Medlock is appointed interim lead defense counsel..

6. The Plaintiffs' leadership team and interim lead Plaintiff counsel is set forth in the Order entered January 8, 2026.  (Doc. No. 244).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE