# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SETH OGILVIE and NANCI DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; GUARANTEED RATE, INC.; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; NEW AMERICAN FUNDING, LLC; CMG MORTGAGE, INC.; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.<br><br>Defendants. | Case No. 3:25-cv-01140<br><br>JURY DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## NOTICE OF NUMBER AND NATURE OF DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS AND MOTION FOR EXCESS PAGES

Pursuant to the Court's January 16, 2026 Order (ECF No. 249), the undersigned Defendants notify the Court of the nature and anticipated motions they intend to file in response to the Amended Complaint.

Defendants anticipate filing three motions: one consolidated motion to dismiss on behalf of the twelve undersigned Defendants; one motion to dismiss on behalf of Defendant Constellation Software, Inc.; and one motion to dismiss on behalf of Defendant Black Knight, Inc. The latter

two motions are anticipated to address arguments specific to Constellation Software, Inc. and Black Knight, Inc., respectively.

For the consolidated motion to dismiss that will address arguments on behalf of twelve Defendants, the parties have agreed on a page limit of 40 pages for both the opening and opposition briefs and 20 pages for the reply brief. For the individual motions to dismiss, the parties have agreed on a page limit of 10 pages for opening and opposition briefs and 7 pages for reply briefs.

Defendants met and conferred with Plaintiffs regarding Defendants' anticipated motions, briefing schedule, and request for additional pages, and Plaintiffs take no position on Defendants' request for additional pages for the motions addressing issues common to all Defendants, provided the Court finds Defendants' justifications sufficient.

Defendants propose the following schedule for motion to dismiss briefing: opening briefs due **April 30, 2026**; opposition briefs due **June 18, 2026**; and reply briefs due **July 16, 2026**. Plaintiffs have indicated tentatively that they agree to that schedule.

## I. <u>Defendants' Joint Motion to Dismiss</u>

In lieu of individual motions to dismiss for failure to state a claim, the twelve undersigned Defendants will file a single joint brief to address common issues related to the Amended Complaint (ECF No. 264). In order to accommodate the various arguments sought to be made by scores of Defendants into a single brief, Defendants request leave to file an opening brief of up to 40 pages in support of this motion and a reply brief of up to 20 pages. Defendants believe this modest expansion of the briefing limits in the Local Rules is supported by good cause in light of the number of Defendants that Plaintiffs have named in the Amended Complaint, and is necessary to provide space to present the below arguments, among others, in a meaningful way that will be of substantial assistance to the Court:

- Plaintiffs have not alleged a plausible agreement;

- Plaintiffs have not alleged an agreement in restraint of trade that is *per se* illegal;

- Plaintiffs' claims fail under the rule of reason because they have failed to make necessary allegations for a rule of reason case, including regarding relevant market, market power, or adverse effects on competition;

- Plaintiffs have not alleged Article III or antitrust standing; and

- Plaintiffs have engaged in impermissible group pleading.

## II.  Other Motions to Dismiss

Defendants Constellation Software, Inc. and Black Knight, Inc. intend to file individual motions to dismiss to address issues that do not apply to all Defendants. Defendants propose that these individual motions, as well as Plaintiffs' responses to them, be limited to 10 pages, and that any reply briefs be limited to 7 pages.

### Constellation Software, Inc.'s Motion to Dismiss

Defendant Constellation Software, Inc. intends to file a separate motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), challenging personal jurisdiction and venue in this District. Constellation Software, Inc. will argue that it is a Canadian corporation that has no connection to this forum other than its ownership of Defendant Optimal Blue, LLC.

### Black Knight, Inc.'s Motion to Dismiss

Defendant Black Knight, Inc. intends to file a separate motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Black Knight, Inc. will argue that dismissal is warranted because the complaint fails to allege any facts that it participated in the alleged conspiracy, and further fails to allege any facts that its prior ownership of a majority of the equity of Optimal Blue, a separately incorporated entity, allows any plausible claims against Black Knight.

\*    \*    \*

While this notice reflects Defendants' best summary of their anticipated motions and arguments therein at this time, Defendants continue to evaluate the allegations in the Amended Complaint and reserve the right to present other arguments in their motions.

Dated: March 10, 2026                                  Respectfully submitted,


                                                       /s/ Stephen M. Medlock
                                                       Stephen M. Medlock (*Admitted Pro Hac Vice*)
                                                       Adam L. Hudes (*Admitted Pro Hac Vice*)
                                                       **VINSON & ELKINS LLP**
                                                       2200 Pennsylvania Ave., N.W.
                                                       Suite 500 W
                                                       Washington, D.C. 20037
                                                       Tel: (202) 639-6500
                                                       Fax: (202) 639-6604
                                                       smedlock@velaw.com
                                                       ahudes@velaw.com

                                                       Michael W. Scarborough (*Admitted Pro Hac Vice*)
                                                       **VINSON & ELKINS LLP**
                                                       555 Mission Street
                                                       Suite 2000
                                                       San Francisco, CA 94105
                                                       Tel: (415) 979-6900
                                                       Fax: (415) 651-8786
                                                       mscarborough@velaw.com

                                                       Nicole L. Castle (*Admitted Pro Hac Vice*)
                                                       **VINSON & ELKINS LLP**
                                                       1114 Avenue of the Americas
                                                       New York, NY 10036
                                                       Tel: (212) 237-0000
                                                       Fax: (212) 237-0100
                                                       ncastle@velaw.com

                                                       /s/ Ashleigh D. Karnell
                                                       Jessalyn H. Zeigler (TN BPR # 016139)
                                                       Ashleigh D. Karnell (TN BPR #036074)
                                                       **BASS, BERRY & SIMS PLC**
                                                       21 Platform Way South, Suite 3500
                                                       Nashville, TN 37203

Tel: (615) 742-6289
jzeigler@bassberry.com
ashleigh.karnell@bassberry.com

*Counsel for Optimal Blue, LLC and Constellation Software, Inc.*


*/s/ Megan E. Gerking*
Megan E. Gerking (*Admitted Pro Hac Vice*)
Robert W. Manoso (*Admitted Pro Hac Vice*)
**MORRISON & FOERSTER LLP**
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Beeline Loans, Inc.*


*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr. (*Admitted Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
(202) 739-5860
clay.everett@morganlewis.com

Michelle Park Chiu (*Admitted Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1184
michelle.chiu@morganlewis.com

Andrew J. Pulliam (TN Bar No. 016863)
**BRICKER GRAYDON WYATT, LLP**
333 Commerce Street, Suite 830
Nashville, TN 37201-1826
(615) 251-6675
apulliam@bricker.com

*Counsel for Defendant Black Knight, Inc.*

5

/s/ Stephen J. Zralek  
Stephen J. Zralek (#18971)  
**SPENCER FANE LLP**  
511 Union Street, Suite 1000  
Nashville, TN 37219  
Telephone: (615) 238-6305  
szralek@spencerfane.com  

Donald G. Heeman (*Admitted Pro Hac Vice*)  
**SPENCER FANE LLP**  
100 South Fifth Street, Suite 2500  
Minneapolis, MN 55402  
Telephone: (612) 268-7005  
dheeman@spencerfane.com  

John V. Picone III (*Admitted Pro Hac Vice*)  
**SPENCER FANE LLP**  
225 West Santa Clara Street, Suite 1500  
San Jose, CA 95113  
Telephone: (408) 918-2805  
jpicone@spencerfane.com  

Shelby Menard (*Admitted Pro Hac Vice*)  
**SPENCER FANE LLP**  
5700 Granite Parkway, Suite 650  
Plano, TX 75024  
Telephone: (972) 324-0352  
smenard@spencerfane.com  

*Counsel for Churchill Mortgage Corporation*


/s/ Emily Campbell Taube  
Emily Campbell Taube (BPR #019323)  
**BURR & FORMAN LLP**  
222 Second Avenue, South Suite 2000  
Nashville, TN 37201  
Telephone: (615) 724-3237  
etaube@burr.com  

Belinda Lee (*Admitted Pro Hac Vice*)  
**LATHAM & WATKINS LLP**  
505 Montgomery Street, Suite 2000  
San Francisco, CA 94111  
Telephone: (415) 391-0600  
belinda.lee@lw.com  

6

Lawrence E. Buterman (*Admitted Pro Hac Vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com

*Counsel for CrossCountry Mortgage, LLC*


*/s/ Kenneth A. Weber*
Kenneth A. Weber (TN Bar No. 15730)
Ryan P. Loofbourrow (TN Bar No. 33414)
Baker, Donelson, Bearman,
**CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
kweber@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for First Community Mortgage, Inc.*


*/s/ Justin P. Murphy*
Justin P. Murphy
Matt Schock
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
Tel.: (202) 861-1530
Fax: (202) 861-1783
jpmurphy@bakerlaw.com
mschock@bakerlaw.com

Bridget S. McCabe
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA 90067
Tel.: (310) 442-8844
Fax: (310) 820-8859
bmccabe@bakerlaw.com

7

W. David Bridgers
**WADDEY ACHESON LLC**
1030 16th Avenue South
Suite 300
Nashville, Tennessee 37212
Tel.: (615) 839-1100
david@waddeyacheson.com

*Counsel for Guaranteed Rate, Inc.*


*/s/ Matthew Previn*
Matthew Previn (*Admitted Pro Hac Vice*)
matthewprevin@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ryan Phair (*Admitted Pro Hac Vice*)
ryanphair@paulhastings.com
Michael Murray (*Admitted Pro Hac Vice*)
michaelmurray@paulhastings.com
Jonice Gray (*Admitted Pro Hac Vice*)
jonicegray@paulhastings.com
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Stephen McIntyre (*Admitted Pro Hac Vice*)
stephenmcintyre@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

*Counsel for Guild Mortgage Company*


*/s/ Ryan T. Holt*
L. Webb Campbell II (TN Bar No. 11238)
Ryan T. Holt (TN Bar No. 30191)

8

Micah N. Bradley (TN Bar No. 38402)
**SHERRARD ROE VOIGT & HARBISON, PLC**
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
(615) 742-4200
(615) 742-4539 (fax)
wcampbell@srvhlaw.com
rholt@srvhlaw.com
mbradley@srvhlaw.com

*/s/ Samuel P. Funk*
Samuel P. Funk (TN Bar No. 019777)
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
sfunk@simsfunk.com

William C. Mayberry (*Admitted Pro Hac Vice*)
Jason D. Evans (*Admitted Pro Hac Vice*)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College Street, 34th Floor
Charlotte, North Carolina 28202
Telephone: (704) 998-4050
Bill.Mayberry@troutman.com
Jason.Evans@troutman.com

Bradley C. Weber (*Admitted Pro Hac Vice*)
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Phone: (214) 740-8497
Brad.Weber@troutman.com

*Counsel for Movement Mortgage, LLC*


*/s/ Evan P. Moltz*
Evan P. Moltz
**THOMPSON COBURN LLP**
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
P: 205 769 4306
F: 205 769 4331
emoltz@thompsoncoburn.com

9

John S. Kingston (*Admitted Pro Hac Vice*)
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
P: 314 552 6464
F: 314 552 7000
jkingston@thompsoncoburn.com

*Counsel for New American Funding, LLC*


*/s/ Aliki Sofis*
Aliki Sofis (*Admitted Pro Hac Vice*)
Eric D. Wolkoff (*Admitted Pro Hac Vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
ericwolkoff@quinnemanuel.com

*/s/ Michael D. Bonanno*
Michael D. Bonanno (*Admitted Pro Hac Vice*)
Ingrid Jernudd (*Admitted Pro Hac Vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8225
mikebonanno@quinnemanuel.com
ingridjernudd@quinnemanuel.com

*/s/ Andrew Gardella*
Andrew Gardella, Esq. (TN BPR #27247)
**MARTIN, TATE, MORROW & MARSTON, P.C.**
315 Deaderick Street, Suite 1550
Nashville, TN 37238
T: (615) 627-0668
F: (615) 627-0669
agardella@martintate.com

*Counsel for PennyMac Loan Services, LLC*

10

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ Ashleigh D. Karnell*