**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| ANGEL D. MENDEZ, individually and on behalf of all others similarly situated, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:25-cv-01140 |
| v. | ) ) | |
| OPTIMAL BLUE, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

After consultation with lead counsels, the Court rules as follows:

1. The deadline to file the proposed agreed scheduling order is extended from April 6, 2026, to **April 9, 2026**.

2. The Case Management Conference on April 9, 2026 is CANCELLED. Should the parties request to reschedule the conference, they must propose three agreed-upon dates to the Court.

3. The Court approves the parties' proposal regarding the motions and briefing that they anticipate filing (Doc. Nos. 269, 270), except that reply briefs shall be limited to five pages.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1