**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ANGEL D. MENDEZ, individually and on behalf of all others similarly situated, et al.,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **NO. 3:25-cv-01140** |
| **v.** | ) ) | |
| **OPTIMAL BLUE, LLC, et al.,** | ) ) | |
| **Defendants.** | ) | |

## ORDER

The parties have filed a Proposed Case Management Order (Doc. No. 274). The Court

sets an in-person status conference is set for **May 21, 2026, at 10:00 a.m.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1