## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| SETH OGILVIE and NANCI DONACKI-THOMPSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; GUARANTEED RATE INC.; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; NEW AMERICAN FUNDING, LLC; CMG MORTGAGE, INC.; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC.; MOVEMENT MORTGAGE, LLC; and BEELINE LOANS, INC.,<br><br>        Defendants. | Case No. 3:25-cv-01140<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

### DEFENDANT BLACK KNIGHT, INC.'S 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Black Knight, Inc. ("Black Knight"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all claims asserted against it in Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

As set forth more fully in Black Knight's contemporaneously filed Memorandum of Law, dismissal is warranted because the Complaint fails to allege any facts that Black Knight

participated in the purported conspiracy, and the Complaint further fails to allege any facts that Black Knight's prior ownership of a majority of the equity of Optimal Blue, a separately incorporated entity, allows any plausible claims against Black Knight. Plaintiffs' claims against Black Knight should be dismissed with prejudice.

Dated: April 30, 2026

Respectfully submitted,

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr. (Admitted pro hac vice)
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
(202) 739-5860
clay.everett@morganlewis.com

Michelle Park Chiu (Admitted pro hac vice)
**Morgan, Lewis & Bockius LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
(415) 442-1184
michelle.chiu@morganlewis.com

*/s/ Andrew J. Pulliam*
Andrew J. Pulliam (TN Bar No. 016863)
**BRICKER GRAYDON WYATT, LLP**
333 Commerce Street, Suite 830
Nashville, TN 37201-1826
(615) 251-6675
apulliam@bricker.com

*Counsel for Defendant Black Knight, Inc.*

## CERTIFICATE OF SERVICE

I, Andrew J. Pulliam, hereby certify that on April 30, 2026, I caused the foregoing 12(B)(6) Motion to Dismiss for Failure to State a Claim to be electronically filed using the CM/ECF system, which will serve the foregoing Motion upon all counsel of record via electronic mail.

*/s/ Andrew J. Pulliam*
Andrew J. Pulliam