| | |
|---|---|
| SETH OGILVIE and NANCI DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; GUARANTEED RATE, INC.; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; NEW AMERICAN FUNDING, LLC; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.<br><br>                Defendants. | Case No. 3:25-cv-01140<br><br>JURY DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

## DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants[1] move to dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 264). This Motion to Dismiss is supported by the accompanying Memorandum of Law in Support of Joint Motion to Dismiss Plaintiffs' First Amended Class Action Complaint ("Memorandum of Law").

---

[1] Optimal Blue, LLC; Black Knight, Inc.; Constellation Software, Inc.; Guaranteed Rate, Inc.; CrossCountry Mortgage, LLC; PennyMac Loan Services, LLC; Guild Mortgage Company, LLC; New American Funding, LLC; Churchill Mortgage Corporation; First Community Mortgage, Inc.; Movement Mortgage, LLC; and Beeline Loans, Inc.

For the reasons set forth in the Memorandum of Law, Defendants respectfully request that this Court dismiss with prejudice Plaintiffs' claims for failure to state a claim for which relief may be granted.

Dated: April 30, 2026

Respectfully submitted,

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr. (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
(202) 739-5860
clay.everett@morganlewis.com

Michelle Park Chiu (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111
(415) 442-1184
michelle.chiu@morganlewis.com

*/s/ Andrew J. Pulliam*
Andrew J. Pulliam (TN Bar No. 016863)

**BRICKER GRAYDON WYATT, LLP**
333 Commerce Street, Suite 830
Nashville, TN 37201-1826
(615) 251-6675
apulliam@bricker.com

*Counsel for Defendant Black Knight, Inc.*

*/s/ Megan E. Gerking*
Megan E. Gerking (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
**MORRISON & FOERSTER LLP**
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
mgerking@mofo.com

*/s/ Matthew Previn*
Matthew Previn (*pro hac vice*)
matthewprevin@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ryan Phair (*pro hac vice*)
ryanphair@paulhastings.com
Michael Murray (*pro hac vice*)
michaelmurray@paulhastings.com
Jonice Gray (*pro hac vice*)
jonicegray@paulhastings.com
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Stephen McIntyre (*pro hac vice*)
stephenmcintyre@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

*Counsel for Guild Mortgage Company*

*/s/ Samuel P. Funk*
Samuel P. Funk (TN Bar No. 019777)
**SIMS|FUNK, PLC**

2

rmanoso@mofo.com

*Counsel for Beeline Loans, Inc.*

/s/ Stephen J. Zralek
Stephen J. Zralek (#18971)
**SPENCER FANE LLP**
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6305
szralek@spencerfane.com

Donald G. Heeman (*pro hac vice*)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7005
dheeman@spencerfane.com

John V. Picone III (*pro hac vice*)
**SPENCER FANE LLP**
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 918-2805
jpicone@spencerfane.com

Shelby Menard (*pro hac vice*)
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
Telephone: (972) 324-0352
smenard@spencerfane.com

*Counsel for Churchill Mortgage Corporation*

/s/ Belinda Lee
Belinda Lee (*pro hac vice*)
Ashley M. Bauer (*pro hac vice pending*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
belinda.lee@lw.com
ashley.bauer@lw.com

Lawrence E. Buterman (*pro hac vice*)

3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
sfunk@simsfunk.com

William C. Mayberry (*pro hac vice*)
Jason D. Evans (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College Street, 34th Floor
Charlotte, North Carolina 28202
Telephone: (704) 998-4050
Bill.Mayberry@troutman.com
Jason.Evans@troutman.com

Bradley C. Weber (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Phone: (214) 740-8497
Brad.Weber@troutman.com

*Counsel for Movement Mortgage, LLC*

/s/ Evan P. Moltz
Evan P. Moltz
**THOMPSON COBURN LLP**
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
P: 205 769 4306
F: 205 769 4331
emoltz@thompsoncoburn.com

John S. Kingston (*pro hac vice*)
Kristen E. Sanocki (*pro hac vice*)
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
P: 314 552 6464
F: 314 552 7000
jkingston@thompsoncoburn.com
ksanocki@thompsoncoburn.com

Nicole L. Williams (*pro hac vice*)
Jocelin A. Tapia (*pro hac vice*)
**THOMPSON COBURN LLP**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com

Emily Campbell Taube (BPR #019323)
**BURR & FORMAN LLP**
222 Second Avenue, South Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3237
etaube@burr.com

*Counsel for CrossCountry Mortgage, LLC*

/s/ Kenneth A. Weber
Kenneth A. Weber (TN Bar No. 15730)
Ryan P. Loofbourrow (TN Bar No. 33414)
Baker, Donelson, Bearman,
**CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
kweber@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for First Community Mortgage, Inc.*

/s/ Justin P. Murphy
Justin P. Murphy
Matt Schock
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
Tel.: (202) 861-1530
Fax: (202) 861-1783
jpmurphy@bakerlaw.com
mschock@bakerlaw.com

Bridget S. McCabe
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA 90067

2100 Ross Avenue, Suite 3200
Dallas, TX 75201
P: 972 629 7170
F: 972 629 7171
nwilliams@thompsoncoburn.com
jtapia@thompsoncoburn.com

*Counsel for New American Funding, LLC*

/s/ Stephen M. Medlock
Stephen M. Medlock
Adam L. Hudes
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
ahudes@velaw.com

Michael W. Scarborough
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com

Nicole L. Castle
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

/s/ Jessalyn H. Zeigler
Jessalyn H. Zeigler (TN BPR # 016139)
Ashleigh D. Karnell (TN BPR #036074)
**BASS, BERRY & SIMS PLC**
21 Platform Way South
Suite 3500
Nashville, TN 37203
Tel: (615) 742-6289

4

Tel.: (310) 442-8844
Fax: (310) 820-8859
bmccabe@bakerlaw.com

W. David Bridgers
**WADDEY ACHESON LLC**
1030 16th Avenue South
Suite 300
Nashville, Tennessee 37212
Tel.: (615) 839-1100
david@waddeyacheson.com

*Counsel for Guaranteed Rate, Inc.*

jzeigler@bassberry.com
ashleigh.karnell@bassberry.com

*Counsel for Optimal Blue, LLC and Constellation Software, Inc.*

<u>/s/ Aliki Sofis</u>
Aliki Sofis (*pro hac vice*)
Eric D. Wolkoff (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
ericwolkoff@quinnemanuel.com

<u>/s/ Michael D. Bonanno</u>
Michael D. Bonanno (*pro hac vice*)
Ingrid Jernudd (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8225
mikebonanno@quinnemanuel.com
ingridjernudd@quinnemanuel.com

<u>/s/ Andrew Gardella</u>
Andrew Gardella, Esq. (TN BPR #27247)
**MARTIN, TATE, MORROW & MARSTON, P.C.**
315 Deaderick Street, Suite 1550
Nashville, TN 37238
T: (615) 627-0668
F: (615) 627-0669
agardella@martintate.com

*Counsel for PennyMac Loan Services, LLC*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 30th day of April, 2026.

*/s/ Jessalyn H. Zeigler*

6