SETH OGILVIE and NANCI DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiffs,

v.

OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; GUARANTEED RATE, INC.; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; NEW AMERICAN FUNDING, LLC; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.

                    Defendants.

Case No. 3:25-cv-01140

JURY DEMAND

District Judge Waverly D. Crenshaw, Jr.

Magistrate Judge Jeffery S. Frensley

### DEFENDANT CONSTELLATION SOFTWARE INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Constellation Software Inc. ("CS") moves to dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 264). This Motion to Dismiss is supported by the accompanying Memorandum of Law in Support of Motion to Dismiss Plaintiffs' First Amended Class Action Complaint for Lack of Personal Jurisdiction ("Memorandum of Law") and the Declaration of Mark Dennison.

For the reasons set forth in the Memorandum of Law, CSI respectfully requests the Court dismiss Plaintiffs' claims against CSI for lack of personal jurisdiction.

Dated: April 30, 2026

Respectfully submitted,

*/s/ Stephen M. Medlock*
Stephen M. Medlock
Adam L. Hudes
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
ahudes@velaw.com

Michael W. Scarborough
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com

Nicole L. Castle
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*/s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler
**BASS, BERRY & SIMS PLC**
21 Platform Way South
Suite 3500
Nashville, TN 37203
Tel: (615) 742-6289
jzeigler@bassberry.com

*Counsel for Constellation Software, Inc*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 30th day of April, 2026.

*/s/ Jessalyn H. Zeigler*

3