For the reasons discussed on the record during the telephone conference on May 21, 2026, this motion is **DENIED AS MOOT.**

*Waverly D. Crenshaw, Jr.*

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

SETH OGILVIE and NANCI DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; GUARANTEED RATE, INC.; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; NEW AMERICAN FUNDING, LLC; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.

Defendants.

Case No. 3:25-cv-01140

District Judge Waverly D. Crenshaw, Jr.

Magistrate Judge Jeffery S. Frensley

**UNOPPOSED MOTION FOR CLARIFICATION OF THE**
**COURT'S APRIL 2, 2026 ORDER (ECF NO. 272)**

Defendants respectfully move, unopposed, for clarification of the Court's April 2, 2026 Order (ECF No. 272) (the "Order") regarding page limitations applicable to reply briefs.

**BACKGROUND**

On January 5, 2026, the parties filed a Proposed Initial Case Management Order, jointly proposing timing and page limits for motion-to-dismiss briefing. *See* ECF No. 242 at 6. On March 10 and March 23, 2026, the parties filed their respective proposals regarding anticipated motions to dismiss Plaintiffs' Amended Complaint (ECF No. 264) and opposition briefs. *See* Defendants' Notice of Number and Nature of Anticipated Motions to Dismiss and Motion for Excess Pages,