# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| SETH OGILVIE and NANCI DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; GUARANTEED RATE, INC.; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; NEW AMERICAN FUNDING, LLC; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.<br><br>Defendants. | Case No. 3:25-cv-01140<br><br>JURY TRIAL DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

**DECLARATION OF KYLE POZAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BLACK KNIGHT, INC.'S RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

I, Kyle Pozan, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a Partner at the law firm of Lockridge Grindal Nauen, PLLP ("LGN"). My firm, together with the law firms of Scott+Scott Attorneys at Law PLLP and Herzfeld, Suetholz, Gastel, Lenski and Wall, PLLC, are counsel for Plaintiffs Seth Ogilvie and Nanci Donacki-Thompson and the proposed class. I submit this Declaration in support of Plaintiffs' Opposition to Defendant Black Knight, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim.

2. I have personal knowledge of the facts stated herein and could competently testify to the same.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of Press Release, Black Knight, Inc., *Black Knight Reports Second Quarter 2022 Financial Results* (Aug. 4, 2022), https://www.sec.gov/Archives/edgar/data/1627014/000110465922051605/tm223455d1_def14a.htm.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of Press Release, Black Knight, Inc., *Black Knight Completes Acquisition of Optimal Blue; Significantly Expands Origination Offerings With Leading Secondary Market Solutions and Actionable Data Services*, PR NEWSWIRE (Sept. 15, 2020), https://www.prnewswire.com/news-releases/black-knight-completes-acquisition-of-optimal-blue-significantly-expands-origination-offerings-with-leading-secondary-market-solutions-and-actionable-data-services-301131589.html.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of Black Knight, Inc., *FQ3 2021 Earnings Call Transcripts*, S&P GLOBAL MKT. INTEL. (Nov. 8, 2021).

6. Attached hereto as **Exhibit 4** is a true and accurate copy of Black Knight, Inc., *Company Conference Presentation*, S&P GLOBAL MKT. INTEL. (June 8, 2021), https://www.bamsec.com/transcripts/9a02ffbc-17fa-4803-a16a-e968a235ca32.

1

7. Attached hereto as **Exhibit 5** is a true and accurate copy of *Video Chat With HousingWire: How Lenders Will Benefit From Black Knight's Acquisition of Optimal Blue*, OPTIMAL BLUE (July 27, 2020), https://engage.optimalblue.com/optimal-insights/video-chat-with-housingwire-how-lenders-will-benefit-from-black-knights-acquisition-of-optimal-blue.

8. Attached hereto as **Exhibit 6** is a true and accurate copy of Black Knight, Inc., *Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934* (Apr. 28, 2022), https://www.sec.gov/Archives/edgar/data/1627014/000110465922051605/tm223455d1_def14a.htm.

9. Attached hereto as **Exhibit 7** is a true and accurate copy of Black Knight, Inc., *Company Conference Presentation*, S&P GLOBAL MKT. INTEL. (Nov. 19, 2020), https://www.bamsec.com/transcripts/6377778d-1f51-440e-9fa7-4dfbf4249abf?hl_id=41b1pwwmgg.

10. Attached hereto as **Exhibit 8** is a true and accurate copy of Black Knight, Inc., *Optimal Blue Launches Investor Pricing Insight, Providing Correspondent and Wholesale Investors With Real-Time, On-Demand Benchmarking Price Comparisons*, PR NEWSWIRE (Apr. 20, 2022), https://www.prnewswire.com/news-releases/optimal-blue-launches-investor-pricing-insight-providing-correspondent-and-wholesale-investors-with-real-time-on-demand-benchmarking-price-comparisons-301528946.html.

11. Attached hereto as **Exhibit 9** is a true and accurate copy of Black Knight, Inc., *Black Knight to Acquire Optimal Blue to Expand Its Origination Offerings*, PR NEWSWIRE (Jul. 27, 2020), https://www.prnewswire.com/news-releases/black-knight-to-acquire-optimal-blue-to-expand-its-origination-offerings-301100173.html.

12. Attached hereto as **Exhibit 10** is a true and accurate copy of Optimal Blue, Inc., *Optimal Blue and Blend Integrate to Reduce Friction for Borrowers and Lenders* (Mar. 15, 2017),

https://www.prnewswire.com/news-releases/optimal-blue-and-blend-integrate-to-reduce-friction-for-borrowers-and-lenders-300423869.html.

13.     Attached hereto as **Exhibit 11** is a true and accurate copy of Black Knight, Inc., *Company Conference Presentation*, S&P GLOBAL MKT. INTEL. (Sept. 14, 2021), https://www.bamsec.com/transcripts/2d8a3f78-d473-482b-8a6a-821f38f9c5ce.

14.     Attached hereto as **Exhibit 12** is a true and accurate copy of Black Knight, Inc., *Company Conference Presentation*, S&P GLOBAL MKT. INTEL. (Aug. 10, 2021), https://www.bamsec.com/transcripts/448fda06-0a43-4d60-b2b0-1277137d43ab.

15.     Attached hereto as **Exhibit 13** is a true and accurate copy of Black Knight, Inc., *Company Conference Presentation*, S&P GLOBAL MKT. INTEL. (Mar. 9, 2021), https://www.bamsec.com/transcripts/f487ab2c-7438-416f-90a1-8564127154a2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of June 2026, in Chicago, Illinois.

*/s/ Kyle Pozan*
Kyle Pozan

3

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was filed on June 18, 2026, via the CM/ECF system, which will be served to all counsel of record on the case.

*/s/ Tricia R. Herzfeld*
Tricia Herzfeld