Motion (299) is **GRANTED** and Attachment A of the Motion shall be filed as a response.

Waverly D. Crenshaw, Jr.

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| SETH OGILVIE and NANCI DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC, *et al*.<br><br>Defendants. | Case No. 3:25-cv-01140<br><br>JURY TRIAL DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE ADDRESSING DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

On August 31, 2026, Defendants filed a Notice of Supplemental Authority in Support of their Joint Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (Dkt. 298) (the "Notice"). Plaintiffs respectfully move for leave to file a one-page response to the Notice, attached as Attachment A to this Motion.

Plaintiffs requested Defendants' position on this Motion. Defendants indicated that they take no position.