**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| SETH OGILVIE and NANCI DONACKI-THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPTIMAL BLUE, LLC; BLACK KNIGHT, INC.; CONSTELLATION SOFTWARE, INC.; GUARANTEED RATE, INC.; CROSSCOUNTRY MORTGAGE, LLC; PENNYMAC LOAN SERVICES, LLC; GUILD MORTGAGE COMPANY, LLC; NEW AMERICAN FUNDING, LLC; CHURCHILL MORTGAGE CORPORATION; FIRST COMMUNITY MORTGAGE, INC; MOVEMENT MORTGAGE, LLC; AND BEELINE LOANS, INC.<br><br>Defendants. | Case No. 3:25-cv-01140<br><br>JURY TRIAL DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Case Management Order (ECF No. 302), the parties submit this Joint Status Report.

**<u>Pleadings</u>**

On February 23, 2026, Plaintiffs filed an Amended Class Action Complaint (ECF No. 264).

On April 30, 2026, all Defendants filed a joint motion to dismiss Plaintiffs' Amended Complaint. ECF Nos. 278-79. Defendants Black Knight, Inc. ("Black Knight") and Constellation Software, Inc. ("Constellation") each filed supplemental briefs addressing individual issues in

support of their motions to dismiss: Black Knight (ECF No. 277); Constellation (ECF Nos. 280-81).

On June 18, 2026, Plaintiffs filed their opposition briefs to Defendants' joint motion to dismiss and to Black Knight's and Constellation's supplemental briefs. ECF Nos. 288-92. On July 16, 2026, Defendants filed their joint reply brief, and Black Knight and Constellation filed individual reply briefs in support of their motions to dismiss. ECF Nos. 293-95.

On August 31, 2026, Defendants filed a notice of supplemental authority. ECF No. 298. Plaintiffs filed a motion for leave to respond with a proposed response on September 8, 2026. ECF No. 299. The Court granted the motion on September 9, 2026 and entered the response. ECF Nos. 300-01. Defendants motions to dismiss (ECF Nos. 277-95) are fully briefed and pending before the Court.

**<u>Discovery</u>**

On May 21, 2026, the Court held a telephonic status conference where the parties discussed with the Court the proposed Case Management Order. The Court entered the Case Management Order on October 2, 2026 (ECF No. 302), ordering that discovery proceed while the motions to dismiss are pending.

On August 6, 2026, the parties exchanged their respective initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

On August 13, 2026, Plaintiffs served on Defendants their First Set of Requests for Production of Documents.

After meeting and conferring, the parties agreed to a Proposed Order Regarding the Production of Electronically Stored Information and Paper Documents and Proposed Order Regarding Expert Discovery. On August 27, 2026, the parties filed a joint motion to enter those

two proposed orders and to resolve a dispute over one provision in the proposed Protective Order. ECF No. 297. The joint motion is pending before the Court.

**Settlement**

The parties continue to communicate with the Court-appointed mediators.

**October 8, 2026 Status Conference**

The parties have no proposed agenda items or topics to discuss at the status conference scheduled for October 8, 2026.

Dated: October 2, 2026

Respectfully submitted,

/s/ Anthony A. Orlandi
Anthony A. Orlandi (#33988)
Tricia R. Herzfeld (#26014)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

Robin A. van der Meulen (*Admitted Pro Hac Vice*)
Michelle E. Conston (*Admitted Pro Hac Vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6443
rvandermeulen@scott-scott.com
mconston@scott-scott.com

Patrick J. Coughlin (*Admitted Pro Hac Vice*)
Carmen A. Medici (*Admitted Pro Hac Vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com

Patrick McGahan (*Admitted Pro Hac Vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

Brian D. Clark (*Admitted Pro Hac Vice*)
Arielle S. Wagner (*Admitted Pro Hac Vice*)
Olivia T. Levinson (*Admitted Pro Hac Vice*)

**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
aswagner@locklaw.com
otlevinson@locklaw.com

Kyle Pozan (*Admitted Pro Hac Vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 North Clark Street, Suite 700
Chicago, IL 60610
Telephone: (312) 205-8968
kjpozan@locklaw.com

*Counsel for Plaintiffs and the Proposed Class*

*/s/ Matthew P. Previn*
Matthew P. Previn (*pro hac vice*)
matthewprevin@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ryan Phair (*pro hac vice*)
ryanphair@paulhastings.com
Michael Murray (*pro hac vice*)
michaelmurray@paulhastings.com
Jonice Gray (*pro hac vice*)
jonicegray@paulhastings.com
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Stephen McIntyre (*pro hac vice*)
stephenmcintyre@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 683-6000

Facsimile: (213) 627-0705

Margaret M. Siller
msiller@MaynardNexsen.com
**MAYNARD NEXSEN PC**
1131 4th Ave. South
Suite 320
Nashville, TN 37210
Telephone: (629) 258 2253

*Counsel for Guild Mortgage Company*

*/s/ Samuel P. Funk*
Samuel P. Funk (TN Bar No. 019777)
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
sfunk@simsfunk.com

William C. Mayberry (*pro hac vice*)
Jason D. Evans (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College Street, 34th Floor
Charlotte, North Carolina 28202
Telephone: (704) 998-4050
Bill.Mayberry@troutman.com
Jason.Evans@troutman.com

Bradley C. Weber (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Phone: (214) 740-8497
Brad.Weber@troutman.com

*Counsel for Movement Mortgage, LLC*

*/s/ Evan P. Moltz*
Evan P. Moltz
**THOMPSON COBURN LLP**
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205

P: 205 769 4306
F: 205 769 4331
emoltz@thompsoncoburn.com

John S. Kingston (*pro hac vice*)
Kristen E. Sanocki (*pro hac vice*)
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
P: 314 552 6464
F: 314 552 7000
jkingston@thompsoncoburn.com
ksanocki@thompsoncoburn.com

Nicole L. Williams (*pro hac vice*)
Jocelin A. Tapia (*pro hac vice*)
**THOMPSON COBURN LLP**
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
P: 972 629 7170
F: 972 629 7171
nwilliams@thompsoncoburn.com
jtapia@thompsoncoburn.com

*Counsel for New American Funding, LLC*

*/s/ Stephen M. Medlock*
Stephen M. Medlock
Adam L. Hudes
**VINSON & ELKINS LLP**
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
ahudes@velaw.com

Michael W. Scarborough
**VINSON & ELKINS LLP**
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786

mscarborough@velaw.com

Nicole L. Castle
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
ncastle@velaw.com

*/s/ Jessalyn Zeigler*
**BASS, BERRY & SIMS PLC**
21 Platform Way South
Suite 3500
Nashville, TN 37203
Tel: (615) 742-6289
jzeigler@bassberry.com

*Counsel for Optimal Blue, LLC and Constellation Software, Inc.*

*/s/ Aliki Sofis*
Aliki Sofis (*pro hac vice*)
Eric D. Wolkoff (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
ericwolkoff@quinnemanuel.com

*/s/ Michael D. Bonanno*
Michael D. Bonanno (*pro hac vice*)
Ingrid Jernudd (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8225
mikebonanno@quinnemanuel.com
ingridjernudd@quinnemanuel.com

*/s/ Andrew Gardella*
Andrew Gardella, Esq. (TN BPR #27247)
**MARTIN, TATE, MORROW & MARSTON, P.C.**
315 Deaderick Street, Suite 1550
Nashville, TN 37238
T: (615) 627-0668
F: (615) 627-0669
agardella@martintate.com

*Counsel for PennyMac Loan Services, LLC*

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr. (*Admitted pro hac vice*)
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
(202) 739-5860
clay.everett@morganlewis.com

Michelle Park Chiu (*Admitted pro hac vice*)
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1184
michelle.chiu@morganlewis.com

*/s/ Andrew J. Pulliam*
Andrew J. Pulliam (TN Bar No. 016863)

**BRICKER GRAYDON WYATT, LLP**
333 Commerce Street, Suite 830
Nashville, TN 37201-1826
(615) 251-6675
apulliam@bricker.com

*Counsel for Defendant Black Knight, Inc.*

*/s/ Megan E. Gerking*
Megan E. Gerking (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
**MORRISON & FOERSTER LLP**
2100 L Street NW
Washington, D.C. 20037

(202) 887-1500
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Beeline Loans, Inc.*

*/s/ Stephen J. Zralek*

Stephen J. Zralek (#18971)
**SPENCER FANE LLP**
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6305
szralek@spencerfane.com

Donald G. Heeman (*pro hac vice*)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7005
dheeman@spencerfane.com

John V. Picone III (*pro hac vice*)
**SPENCER FANE LLP**
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 918-2805
jpicone@spencerfane.com

Shelby Menard (*pro hac vice*)
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
Telephone: (972) 324-0352
smenard@spencerfane.com

*Counsel for Churchill Mortgage Corporation*

*/s/ Belinda Lee*

Belinda Lee (*pro hac vice*)
Ashley M. Bauer (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

belinda.lee@lw.com
ashley.bauer@lw.com

Lawrence E. Buterman (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com

Emily Campbell Taube (BPR #019323)
**BURR & FORMAN LLP**
222 Second Avenue, South Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3237
etaube@burr.com

*Counsel for CrossCountry Mortgage, LLC*

*<u>/s/ Kenneth A. Weber</u>*

Kenneth A. Weber (TN Bar No. 15730)
Ryan P. Loofbourrow (TN Bar No. 33414)
Baker, Donelson, Bearman,
**CALDWELL & BERKOWITZ, P.C.**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
kweber@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for First Community Mortgage, Inc.*

*<u>/s/ Justin P. Murphy</u>*

Justin P. Murphy
Matt Schock
**BAKERHOSTETLER LLP**
1717 K St. NW
Suite 800
Washington, DC 20006
Tel.: (202) 861-1556
Fax: (202) 861-1783
jpmurphy@bakerlaw.com
mschock@bakerlaw.com

Bridget S. McCabe
**BAKERHOSTETLER LLP**
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA 90067
Tel.: (310) 442-8844
Fax: (310) 820-8859
bmccabe@bakerlaw.com

W. David Bridgers
**WADDEY ACHESON LLC**
1030 16th Avenue South
Suite 300
Nashville, Tennessee 37212
Tel.: (615) 839-1100
david@waddeyacheson.com

*Counsel for Guaranteed Rate, Inc.*