**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SETH OGILVIE and NANCI DONACKI-THOMPSON, individually and on behalf of all others similarly situated, et al.,** | ) | |
| **Plaintiffs,** | ) | **NO. 3:25-cv-01140** |
| **v.** | ) | |
| **OPTIMAL BLUE, LLC, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Based upon the status report (Doc. No. 303), the status conference set for October 8, 2026, is CANCELLED.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE



Case 3:25-cv-01140 Document 304 Filed 10/05/26 Page 1 of 1 PageID #: 2706