**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SETH OGILVIE and** | ) | |
| **NANCI DONACKI-THOMPSON,** | ) | |
| **individually and on behalf of all others** | ) | |
| **similarly situated, et al.,** | ) | |
| | ) | **NO. 3:25-cv-01140** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **OPTIMAL BLUE, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | | |

**ORDER**

Based upon the status report (Doc. No. 310), the status conference set for November 10, 2026, is CANCELLED.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE